IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 JUN 30   AM 10: 16

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Hoang Nguyen | ) | 4:08CR3050 |
| | ) | |
| | ) | RECEIPT AND ACKNOWLEDGMENT |
| | ) | |
| | ) | |

I, the undersigned defendant, hereby acknowledge:

1)     that I understand that by judgment entered in the above captioned case I have been placed on supervision for a period of 5 years commencing September 21, 2007;

2)     that I have been provided with a written statement that sets forth all the conditions to which the term of my supervision is subject (i.e., a copy of the judgment of the Court setting forth all of those conditions) and that I have found that statement to be sufficiently clear and specific to serve as a guide for my conduct and supervision as is required;

3)     that the Standard Conditions and additional conditions of my supervision have been read to me and I fully understand them; and

4)     I understand that upon a finding of a violation of my supervision that the Court may (a) revoke supervision and impose a term of imprisonment upon me (b) extend the term of supervision and/or (c) modify the conditions of supervision.

Jeff A. Anthens
U.S. Probation Officer
Designated Witness

Hoang Nguyen

06/26/08
June 26, 2008

Rev:3/98